NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRIANNA C. MENDOZA,                    )
                                       )
          Appellant,                   )
                                       )
v.                                     )          Case No. 2D17-2761
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
                                       )
_____)

Opinion filed August 24, 2018.

Appeal from the Circuit Court for Hendry
County; Scott H. Cupp, Acting Circuit
Judge.

Howard L. Dimmig, II, Public Defender,
and Megan Olson, Assistant Public
Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


BLACK, Judge.

          Brianna Mendoza seeks correction of the order finding her in violation of
her probation. She does not challenge the finding that she violated probation or the
resulting sentence, and we affirm both without comment. But because

the revocation order should reflect the oral pronouncement, we remand for the trial court to strike the revocation order and enter a corrected revocation order reflecting two condition 5 violations and conforming to the oral pronouncement in all other respects. See Reed v. State, 127 So. 3d 817, 819 (Fla. 2d DCA 2013).

Affirmed; remanded with instructions.

LaROSE, C.J. and SALARIO, J., concur.